**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Catherine J. Pacholski,** | Bankruptcy No. 17-26184 |
| **Debtor**. | Honorable Pamela S. Hollis |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

   I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #26)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on March 13, 2018.

Dated: March 13, 2018              **Zane L. Zielinski,** not individually but as the
                                    chapter 7 trustee of the bankruptcy estate of
                                    **Catherine J. Pacholski,**

                                    By: /s/ Zane L. Zielinski
                                    Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
   **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

**Mailing Information for Case** 17-26184

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Gregory K Stern**    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov

**Manual Service List**

| | |
|---|---|
| Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Speedway Llc<br>P.O. Box 1590<br>Springfield, Oh 45501 |
| American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Td Bank, Usa<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 |
| Bmw Bank Of North America<br>C/O Ais Portfilio Services, Lp<br>4515 N Santa Fe Ave Dept Aps<br>Oklahoma City, Ok 73118 | **Catherine J Pacholski**<br>**414 DIXIE HWY**<br>**BEECHER, IL  60401** |