# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Catherine J Pacholski | § | Case No. 17-26184 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 120,426.00                          Assets Exempt: 6,525.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 55,455.70           Claims Discharged
                                                      Without Payment:  193,519.62

Total Expenses of Administration: 4,847.87

---

3) Total gross receipts of $ 60,303.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 60,303.57 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 31,878.59 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,847.87 | 4,847.87 | 4,847.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 218,007.63 | 61,306.87 | 61,306.87 | 55,455.70 |
| **TOTAL DISBURSEMENTS** | $ 249,886.22 | $ 66,154.74 | $ 66,154.74 | $ 60,303.57 |

4)  This case was originally filed under chapter 7 on 08/31/2017 . The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/30/2018              By:/s/Zane L. Zielinski, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| First Community Bank And Trust | 1129-000 | 38,566.15 |
| Other Receipts | 1290-000 | 21,737.42 |
| **TOTAL GROSS RECEIPTS** | | **$60,303.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank, P.O. Box 747066 Pittsburgh, PA 15274 | | 31,878.59 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 31,878.59** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 4,606.62 | 4,606.62 | 4,606.62 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 16.11 | 16.11 | 16.11 |
| Associated Bank | 2600-000 | NA | 225.14 | 225.14 | 225.14 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,847.87 | $ 4,847.87 | $ 4,847.87 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial, PO Box 380901 Bloomington, MN 55438 | | 20,523.74 | NA | NA | 0.00 |
| | Ally Financial, PO Box 380903 Bloomington, MN 55438 | | 33,172.48 | NA | NA | 0.00 |
| | Ally Financial, PO Box 380903 Bloomington, MN 55438 | | 19,528.40 | NA | NA | 0.00 |
| | Bank of America, PO Box 982235 El Paso, TX 79998-2238 | | 20,749.42 | NA | NA | 0.00 |
| | Bank of the West, Default Management-Receovery Department P.O. Box 5172 San Ramon, CA 94583 | | 24,122.14 | NA | NA | 0.00 |
| | Citibank (South Dakota), NA, P.O. Box 6500 Sioux Falls, SD 57117-6500 | | 25,113.25 | NA | NA | 0.00 |
| | Kohl's, P.O. Box 3043 Milwaukee, WI 53201-3043 | | 1,446.91 | NA | NA | 0.00 |
| | Peoples Credit Union | | 9,199.02 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Credit Cards, PO Box 6282 Sioux Falls, SD 57117-6282 | | 2,872.01 | NA | NA | 0.00 |
| | State Farm Payment Plan, P.O. Box 44110 Jacksonville, FL 32231 | | 0.00 | NA | NA | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | 9,109.41 | 9,171.67 | 9,171.67 | 9,171.67 |
| 1 | Capital One, N.A. | 7100-000 | 1,139.15 | 1,517.95 | 1,517.95 | 1,517.95 |
| 2 | Speedway Llc | 7100-000 | 969.26 | 937.51 | 937.51 | 0.00 |
| 4 | Td Bank, Usa | 7100-000 | 970.84 | 1,291.24 | 1,291.24 | 1,291.24 |
| 5 | Bmw Bank Of North America | 7200-000 | 49,091.60 | 48,388.50 | 48,388.50 | 43,474.84 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 218,007.63 | $ 61,306.87 | $ 61,306.87 | $ 55,455.70 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-26184 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Catherine J Pacholski | | | | Date Filed (f) or Converted (c): | 08/31/2017 (f) |
| | | | | | 341(a) Meeting Date: | 09/28/2017 |
| For Period Ending: | 08/30/2018 | | | | Claims Bar Date: | 01/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2016 Ford Explorer | 32,000.00 | 0.00 | | 0.00 | FA |
| 2. Necessary Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Engagement Ring And Misc. Jewelry | 3,125.00 | 0.00 | | 0.00 | FA |
| 4. First Community Bank And Trust | 38,566.15 | 0.00 | | 38,566.15 | FA |
| 5. Peoples Gas Credit Union | 585.00 | 0.00 | | 0.00 | FA |
| 6. Fidelity | 5,749.00 | 0.00 | | 0.00 | FA |
| 7. Cameron Partners Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Peoples Gas | 84,492.00 | 0.00 | | 0.00 | FA |
| 9. Loans to Comeron partners, Inc. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2 dogs (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $165,517.15        $0.00        $38,566.15        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor turned over non-exempt funds in excess of $38,000, which the trustee will administer for the Debtor's creditors. Bar date set for 1/2/18; TFR to follow.

RE PROP #        9    --    The Trustee determine these assets had no value.

Initial Projected Date of Final Report (TFR): 02/28/2018        Current Projected Date of Final Report (TFR): 02/28/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-26184 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Catherine J Pacholski | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1825 |
| | Checking |
| Taxpayer ID No: XX-XXX4009 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/17 | 4 | Chatherine Pacholski Cashier's Check First community Bank and Trust | Bank Account | 1129-000 | $38,566.15 | | $38,566.15 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.47 | $38,510.68 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.41 | $38,455.27 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.17 | $38,398.10 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.09 | $38,341.01 |
| 04/09/18 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $4,622.73 | $33,718.28 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.   ($4,606.62) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.   ($16.11) | 2200-000 | | | |
| 04/09/18 | 5002 | Capital One, N.A. C O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $1,517.95 | $32,200.33 |
| 04/09/18 | 5003 | American Express Centurion Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 | | $9,171.67 | $23,028.66 |
| 04/09/18 | 5004 | Td Bank, Usa By American Infosource Lp As Agent 4515 N Santa Fe Ave Oklahoma City, Ok 73118 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 7100-000 | | $1,291.24 | $21,737.42 |

Page Subtotals: $38,566.15   $16,828.73

UST Form 101-7-TDR (10/1/2010) (Page: 8)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-26184  
Case Name: Catherine J Pacholski  
Taxpayer ID No: XX-XXX4009  
For Period Ending: 08/30/2018  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1825  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/18 | 5005 | Bmw Bank Of North America C/O Ais Portfilio Services, Lp 4515 N Santa Fe Ave Dept Aps Oklahoma City, Ok 73118 | Final distribution to claim 5 representing a payment of 44.92 % per court order. | 7200-000 | | $21,737.42 | $0.00 |
| 05/08/18 | | Return of Claim payment | Returne cLAIM | 1290-000 | $21,737.42 | | $21,737.42 |
| 05/16/18 | 5006 | Bmw Bank Of North America PO Box 3608 Dublin, OH 43016 | Distribution | 7200-000 | | $21,737.42 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $60,303.57 | $60,303.57 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $60,303.57 | $60,303.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $60,303.57 | $60,303.57 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*                                    Page Subtotals:    $21,737.42    $43,474.84

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1825 - Checking | $60,303.57 | $60,303.57 | $0.00 |
|  | $60,303.57 | $60,303.57 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $60,303.57 |
| Total Gross Receipts: | $60,303.57 |